WILLIAM M. GREGORY, as Trustee in Bankruptcy of
CHARLES J. KNAPP, Individually and as Copartners,
Constituting the Firm of KNAPP BROTHERS, Respond-
ent, v. BINGHAMTON TRUST COMPANY et al., Appellants.

*Gregory* v. *Binghamton Trust Co.*, 168 App. Div. 805, affirmed.
(Argued January 22, 1917; decided February 27, 1917.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered
July 26, 1915, affirming a judgment in favor of plain-
tiff entered upon a verdict.    The action was brought by
plaintiff, as trustee in bankruptcy of the firm of Knapp
Brothers, located, and from early in 1903 up to April 8,
1909, carrying on a private banking business in the vil-
lage of Deposit, N. Y., with a branch bank at Callicoon,
Sullivan county, N. Y., to recover the possession of cer-
tain promissory notes of the face value of $437,633.31,
which notes were in the possession of the Binghamton
Trust Company at the time of the failure of that bank
and of this private banking firm of Knapp Brothers, both
of which events occurred on April 8, 1909, and which
notes the complaint alleged were transferred to the Bing-
hamton Trust Company by said firm of Knapp Brothers
while said firm was hopelessly insolvent, and with the
intent to hinder, delay and defraud their creditors, which
fraudulent intent the complaint alleged was known to the
Binghamton Trust Company at the time when it took the
notes.

*D-Cady Herrick* for appellants.

*Harvey D. Hinman* and *E. D. Cumming* for
respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK,
HOGAN, CARDOZO and CRANE, JJ.